IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02499-KLM

DAVID NUSS,

    Plaintiff,

v.

NOBLE ENERGY, INC.,
JEFFREY L. BERENSON,
JAMES E. CRADDOCK,
BARBARA J. DUGANIER,
THOMAS J. EDELMAN,
HOLLI C. LADHANI,
DAVID L. STOVER,
SCOTT D. URBAN,
WILLIAM T. VAN KLEEF, and
MARTHA B. WYRSCH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    In accordance with Plaintiff's **Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** [#8],

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

    Dated:  October 7, 2020